**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

*United States of America v. Christopher John Donahue*
Case No. 3:21-cr-00065-TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:         ORDER FROM CHAMBERS

The matter comes before the Court on Defendant Christopher John Donahue's Motion for Early Termination of Supervised Release (the "Motion").[1] The Motion is not opposed by Plaintiff United States of America,[2] and is ripe for resolution.

Donahue moves for early termination of his supervised release on the basis of compliance with his conditions of supervised release, including full participation in mental health treatment, counseling, and behavioral training.[3] Specifically, Donahue reports that since relocating to Alaska with his family, he has "been employed full-time" and "plans to stay in Alaska" as he prepares to obtain his bachelor's degree to "become a therapist."[4] Donahue highlights that he has "had no issues with supervision and frequently talks with his former probation officer."[5] Moreover, his current "supervisory officers have only positive things to say about his progress" and recommend early termination.[6] Donahue includes letters from his counselor and family members in support of the Motion.[7]

The United States does not oppose the Motion.[8]

18 U.S.C. § 3583(e)(1) allows a court—after considering the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with Donahue and concludes that early termination of his supervised release is warranted at this time.

---

[1] Dkt. 2 (Motion).
[2] Dkt. 3 (Response).
[3] Dkt. 2 at 2–3.
[4] *Id.* at 3.
[5] *Id.*; *see* Dkt. 2-1 at 4 (Exhibits).
[6] Dkt. 2 at 3.
[7] Dkt. 2-1 at 4–11.
[8] Dkt. 3 at 1.

1

Accordingly, the Court **GRANTS** the Motion at Docket 2. FURTHER, it is hereby **ORDERED** that Donahue's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: November 22, 2022.